E-FILED
Thursday, 19 May, 2011  09:50:44 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD, <br><br>    Plaintiff, <br><br>        v. <br><br> INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 150, AFL-CIO, <br><br>    Defendants. | Case No.   08-cv-1361 |

## **AGREED ORDER**

The Motion having been heard and the Court being fully advised, it is hereby ordered that:

1. The Court's order of March 31, 2011 regarding production pursuant to the subpoena duces tecum is stayed for 60 days by agreement of the parties in order to pursue settlement.

2. In the event the underlying unfair labor practice case is not settled by July 5, 2011, the parties will submit a new proposed schedule to the Court that tracks the timeline initially ordered by the Court.

3. The parties will submit to the Court no later than July 5, 2011 a joint status report advising the Court of whether settlement has been achieved, or whether another proposed production schedule is forthcoming.

| | |
|---|---|
| s/Elizabeth A. LaRose, #6229653 | s/Debra Stefanik, #0029957 |
| Counsel for Defendant | Counsel for Plaintiff |
| IUOE, Local 150 | National Labor Relations Board, SR-33 |
| 6140 Joliet Road | 300 Hamilton Blvd., Suite 200 |
| Countryside, IL 60525 | Peoria, IL 61602 |
| 708-579-6663 | 309-671-7080 |

Entered this 19th day of May, 2011.

                                        s/ Joe B. McDade
                                        JOE BILLY McDADE
                              United States Senior District Judge